United States Bankruptcy Court for the:

Middle District of Georgia

Case number (*If known*): _____ Chapter __12__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Grayson Hall Farms, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-5295588 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2760 Herring Buckhole Road | 2760 Herring Buckhole Road |
| Number     Street | Number     Street |
| | P.O. Box |
| Donalsonville     GA     39845 | Donalsonville     GA     39845 |
| City            State    ZIP Code | City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Seminole County | |
| County | Number     Street |
| | |
| | City            State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor   Grayson Hall Farms, LLC
_____   Case number (*if known*)_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

1119

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY

         District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  Grayson C. Hall _____  Relationship  Managing Member _____

         District  Middle District of Georgia _____  When  11/14/2025 _____
                                                                MM / DD / YYYY

         Case number, if known  25-11130 _____

Debtor    Grayson Hall Farms, LLC

Name

Case number *(if known)*_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?**_____

     Number      Street

_____

_____

City      State      ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name      _____

Phone      _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ❑ 1-49 | ❑ 1,000-5,000 | ❑ 25,001-50,000 |
| ☑ 50-99 | ❑ 5,001-10,000 | ❑ 50,001-100,000 |
| ❑ 100-199 | ❑ 10,001-25,000 | ❑ More than 100,000 |
| ❑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ❑ $0-$50,000 | ☑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

| Debtor | Grayson Hall Farms, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/30/2026
MM / DD / YYYY

✗ /s/ Grayson Hall
Signature of authorized representative of debtor

Grayson Hall
Printed name

Title  Managing Member

**18. Signature of attorney**

✗ /s/ Jon Levis
Signature of attorney for debtor

Date  01/30/2026
MM / DD / YYYY

Jon Levis
Printed name

Levis Law Firm, LLC
Firm name

Post Office Box 129
Number        Street

Swainsboro
City

GA
State

30401
ZIP Code

478-237-7029
Contact phone

levis@levislawfirmllc.com
Email address

448848
Bar number

GA
State

**Fill in this information to identify the case:**

Debtor name ___Grayson Hall Farms, LLC_____

United States Bankruptcy Court for the: Middle District of Georgia

(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................................................................................
   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................................
   $ ___1,931,667.86

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...............................................................................................................
   $ ___1,931,667.86

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................................
   $ ___3,467,348.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................................
   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...........................................................
   +$ ___940,700.49

4. **Total liabilities**...................................................................................................................................................
   Lines 2 + 3a + 3b
   $ ___4,408,048.67

**Fill in this information to identify the case:**

Debtor name ___Grayson Hall Farms, LLC___

United States Bankruptcy Court for the: __Middle District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Ameris Bank | Checking | 4  1  7  1 | $ 1,109.86 |
| 3.2. United National Bank | Checking | 0  3  9  1 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 1,109.86

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor      Grayson Hall Farms, LLC
            _____              Case number (*if known*)_____
            Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                         $_____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  13,988.00 − 0.00 = ........→    $ 13,988.00
                               face amount / doubtful or uncollectible accounts

    11b. Over 90 days old:     0.00 − 0.00 = ........→    $ 0.00
                               face amount / doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 13,988.00

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. American Peanut Growers Group, LLC _____    _____    $ 565,920.00

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1._____    _____%    _____    $_____
    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____
    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                       $ 565,920.00

---

Debtor _____    Case number (*if known*)_____
     Grayson Hall Farms, LLC
     Name

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No. Go to Part 6.

  ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** <br> See continuation sheet | _____ <br> MM / DD / YYYY | 0.00 <br> $_____ | _____ | 11,800.00 <br> $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

                                                    $ 11,800.00

**24. Is any of the property listed in Part 5 perishable?**

  ☑ No

  ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☑ No

  ☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☐ No. Go to Part 7.

  ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> 1500 acres of cover Crop | $_____ | _____ | $ 0.00 |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> See continuation sheet | $ 0.00 | _____ | $ 804,000.00 |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

---

Debtor    Grayson Hall Farms, LLC
Name                                                                Case number *(if known)*_____

33. **Total of Part 6.**                                                                          $ 804,000.00

   Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐  No
      ☐  Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No
   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☑ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                          $_____

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

Debtor   Grayson Hall Farms, LLC
Name _____   Case number (*if known*)_____

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2022 Ford F350 | $ | | $ 40,000.00 |
| 47.2 2001 Mercury Town Car Land Yacht | $ | | $ 4,000.00 |
| 47.3 2024 Ford F350 | $ | | $ 40,000.00 |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 0.00 | | $ 450,850.00 |

51. **Total of Part 8.**                                                                     $ 534,850.00

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Grayson Hall Farms, LLC
_____    Case number (*if known*)_____
        Name

---

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor  Grayson Hall Farms, LLC _____   Case number (*if known*)_____
 Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ❑ No

   ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ❑ No

   ❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ❑ No

   ❑ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.

   ❑ Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

   _____   _____ – _____ = ➜   $_____
                                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____   $_____

   **Nature of claim**   _____

   **Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____   $_____

   **Nature of claim**   _____

   **Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

   _____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   _____   $_____

   _____   $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ❑ No

   ❑ Yes

---

Debtor _____Grayson Hall Farms, LLC_____ Case number *(if known)*_____
        Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,109.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 13,988.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 565,920.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 11,800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 804,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 534,850.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $ 1,931,667.86 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................... 1,931,667.86          $ 1,931,667.86

---

| Debtor 1 | Grayson Hall Farms, LLC | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**22) Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Parts | | | | 2,500.00 |
| Diesel Fuel | | | | 2,500.00 |
| Chemicals | | | | 5,000.00 |
| Oil | | | | 1,800.00 |

**30) Farm machinery and equipment (Other than titled motor vehicles)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| JD 8R 280 Tractor | | | 160,000.00 |
| JD Starfire 6000 Receiver; JD Greenstar 2630 Display; 4240 Universal Display; AutoTrac Universal 300; 450 MHZ RTK Radio | | | 7,500.00 |
| Chandler 20' C/L Tandem Axle Pull Type Spreader Stock #337439 | | | 20,000.00 |
| JD 1UX4810 Dump Cart | | | 40,000.00 |
| See Exhibit "A" Attached Hereto | | | 127,500.00 |
| JD Z915E ZTrak Mower | | | 4,000.00 |
| Monosem 6 Row Dry Insecticide Applicator | | | 2,500.00 |
| JD XUV835M Gator | | | 15,000.00 |
| JD Tractor 8245R SN: 109826 | | | 60,000.00 |
| JD 4730 Hicycle Sprayer SN: 023485 | | | 40,000.00 |
| JD Disc 32ft 637 Flex Folding Disk Stock #288973 | | | 5,000.00 |

Official Form 206 A/B                    Schedule A/B: Property

Debtor 1    Grayson Hall Farms, LLC               Case number *(if known)*_____

       First Name       Middle Name       Last Name

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| JD 1700 Planter | 10,000.00 |
| JD 608C Combine Corn Head SN: 725388 | 10,000.00 |
| Unverferth 12 Row Ripper Stripper | 12,000.00 |
| JD 2020 HX14 Lift-Type Rotary Cutter SN: 029735 Stock #296196 | 5,000.00 |
| Richiger 1090 Grain Bagger SN: A183 & Richiger 6910 Bag Unloader SN: A197 | 15,000.00 |
| JD 7760 Cotton Picker SN: 1N07760XCB0035389 | 50,000.00 |
| 2001 Reynolds C14E Dirt Pan SN: 32846 | 10,000.00 |
| KMC 1UX6708 Ripper/Stripper (67-08-30-Rip/Strip) | 7,500.00 |
| KMC 3386 Combine 1UX3386 SN: 8663 | 25,000.00 |
| Kenzi AW840 Grain Cart & Kilbro Grain Cart | 8,000.00 |
| 2024 Model IA636 Monosem 6 Row Dry Insecticide Applicator S/N IA2145 | 2,500.00 |
| Volov Spreader Truck SN: 399870 | 2,500.00 |
| JD Tractor 8345R SN: 130799 | 85,000.00 |
| JLG 925A Telehandler | 25,000.00 |
| JD Tractor 6140R SN: 016511 | 25,000.00 |
| Monosem 6 Row Twin Planter S/N 2035 | 15,000.00 |

Official Form 206 A/B               Schedule A/B: Property

Debtor 1    Grayson Hall Farms, LLC                      Case number *(if known)*_____

        First Name      Middle Name      Last Name

### Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| JD Cotton Planters | 15,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Aulick 16 Belt Trailer SN: R1929 | | | 40,000.00 |
| Kenworth T800 Semi SN: 343631 | | | 10,000.00 |
| Hay Spray Trailer | | | 11,350.00 |
| 1990 Utility Trailer 53' SN: 1UYFS253LA375203 | | | 3,500.00 |
| Timpte Hopper Semi Trailer SN: 169270 | | | 25,000.00 |
| 2024 Kenworth T880 Day Cab Tractor | | | 180,000.00 |
| 1 Peterbuilt 579 Semi VIN: 635430 $20,000.00; 1 Peterbuilt 579 Semi (Wreck) $3,500.00 | | | 23,500.00 |
| 1992 Utility Trailer 53' SN: 1UYFS2533NA768111 | | | 3,500.00 |
| Trinity 2024 Belt Trailer SN: 1T9SC4228RB656223 | | | 75,000.00 |
| Trinity 2021 Belt Trailer SN: 1T9SC4224MB656129 | | | 60,000.00 |
| See Exhibit "B" Attached Hereto | | | 19,000.00 |

Official Form 206 A/B             Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name ___Grayson Hall Farms, LLC___

United States Bankruptcy Court for the: ___Middle District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
Ameris Bank

**Describe debtor's property that is subject to a lien**
Kenworth T800 Semi SN: 343631

$ 24,218.00     $ 10,000.00

**Creditor's mailing address**
Post Office Box 278
Donalsonville, GA 39845

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**   -101

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
DFS Finance

**Describe debtor's property that is subject to a lien**
Monosem 6 Row Twin Planter S/N 2035

$38,421.79     $15,000.00

**Creditor's mailing address**
14010 FNB Parkway
Suite 400, Omaha, NE 68154

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Date debt was incurred** _____
**Last 4 digits of account number**   -001

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 3,467,348.18

Debtor ___Grayson Hall Farms, LLC_____ Case number *(if known)*_____
     Name

| Part 1: | Additional Page | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
DFS Finance

_____

**Creditor's mailing address**

Post Office Box 30238 _____
Omaha, NE 68103 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**     -002 _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [ ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Monosem 6 Row Dry Insecticide Applicator

$6,992.13     $2,500.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**
First Citizens Bank & Trust

_____

**Creditor's mailing address**

Post Office Box 26592 DAC20 _____
Raleigh, NC 27611-6592 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [ ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1992 Utility Trailer 53' SN: 1UYFS2533NA768111, 1990 Utility Trailer 53' SN: 1UYFS253LA375203

$699.43     $7,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page _2_ of _20_

Debtor _____Grayson Hall Farms, LLC_____ Case number _(if known)_____
Name

| | Part 1: | Additional Page | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** | **Creditor's name**
FNB Equipment Finance

_____

**Creditor's mailing address**

Post Office Box 6021_____
Hermitage, PA 16148_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ____-001_____

**Do multiple creditors have an interest in the same property?**
☑ No
❏ Yes. Have you already specified the relative priority?
  ❏ No. Specify each creditor, including this creditor, and its relative priority.

  [                              ]

  ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

| 2024 Kenworth T880 Day Cab Tractor |

$202,941.00_____   $180,000.00_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
❏ Yes

**Is anyone else liable on this claim?**
☑ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

---

**2.6** | **Creditor's name**
Ford Motor Credit

_____

**Creditor's mailing address**

Post Office Box 650575_____
Dallas, TX 75265_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ____3921_____

**Do multiple creditors have an interest in the same property?**
☑ No
❏ Yes. Have you already specified the relative priority?
  ❏ No. Specify each creditor, including this creditor, and its relative priority.

  [                              ]

  ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

| 2022 Ford F350 |

$55,323.62_____   $40,000.00_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
❏ Yes

**Is anyone else liable on this claim?**
☑ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

---

Debtor  Grayson Hall Farms, LLC _____   Case number _(if known)_____
          Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7 Creditor's name**
John Deere Financal

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   0919

**Do multiple creditors have an interest in the same property?**
☑ No
❏ Yes. Have you already specified the relative priority?
  ❏ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

  ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD Tractor 8345R SN: 130799

$85,645.86     $85,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
❏ Yes

**Is anyone else liable on this claim?**
☑ No
❏ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**2.8 Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   6452

**Do multiple creditors have an interest in the same property?**
☑ No
❏ Yes. Have you already specified the relative priority?
  ❏ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

  ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JLG 925A Telehandler

$51,093.06     $25,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
❏ Yes

**Is anyone else liable on this claim?**
☑ No
❏ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

Debtor   Grayson Hall Farms, LLC
_____   Case number *(if known)*_____
Name

| Part 1: | Additional Page | | |
|---|---|---|---|

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**
John Deere Financial

**Describe debtor's property that is subject to a lien**

JD 4730 Hicycle Sprayer SN: 023485

$17,226.45          $40,000.00

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

_____

**Last 4 digits of account number** ____7542_____

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

  ❑ Yes. The relative priority of creditors is specified on lines _____

**2.10** **Creditor's name**
John Deere Financial

**Describe debtor's property that is subject to a lien**

KMC 1UX6708 Ripper/Stripper
(67-08-30-Rip/Strip)

$13,437.17          $ 7,500.00

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

_____

**Last 4 digits of account number** ____7434_____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

  ❑ Yes. The relative priority of creditors is specified on lines _____

Debtor ___Grayson Hall Farms, LLC_____   Case number *(if known)*_____
         Name

| | | Column A | Column B |
|---|---|---|---|

| Part 1: | Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.11** **Creditor's name**
John Deere Financial

**Describe debtor's property that is subject to a lien**

Chandler 20' C/L Tandem Axle Pull Type Spreader Stock #337439

$20,504.00          $20,000.00

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___8667_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** **Creditor's name**
John Deere Financial

**Describe debtor's property that is subject to a lien**

JD 608C Combine Corn Head SN: 725388

$13,404.71          $10,000.00

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___2206_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor __Grayson Hall Farms, LLC_____ Case number (*if known*)_____
　　　　　Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.13** **Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** 7004_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　[ ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD 8R 280 Tractor

$258,550.00_____  $160,000.00_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** **Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** 6382_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　[ ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

KMC 3386 Combine 1UX3386 SN: 8663

$39,358.29_____  $25,000.00_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor __Grayson Hall Farms, LLC_____ Case number _(if known)_____
         Name

| **Part 1:** | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15 Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** 8431_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                              ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD Starfire 6000 Receiver; JD Greenstar 2630 Display; 4240 Universal Display; AutoTrac Universal 300; 450 MHZ RTK Radio

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,825.46          $7,500.00

---

**2.16 Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** 4788_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                              ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD 1UX4810 Dump Cart

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,650.00          $40,000.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page _8_ of _20_

Debtor ___Grayson Hall Farms, LLC_____ Case number *(if known)*_____
　　　　　　Name

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.17 Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___1489_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　[ _____ ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD 2020 HX14 Lift-Type Rotary Cutter SN: 029735 Stock #296196

$1,918.77　　　　$5,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.18 Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___5417_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　[ _____ ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD Z915E ZTrak Mower

$5,413.77　　　　$4,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor ___Grayson Hall Farms, LLC_____ Case number *(if known)*_____
          Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.19** **Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450 _____
Carol Stream, IL 60197 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____6283_____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [                              ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD 1700 Planter, JD Cotton Planters

$31,358.02     $25,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20** **Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450 _____
Carol Stream, IL 60197 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____3837_____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [                              ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD XUV835M Gator

$19,996.00     $15,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____Grayson Hall Farms, LLC_____ Case number *(if known)*_____
            Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.21** **Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        7491

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
   ❑ No. Specify each creditor, including this creditor, and its relative priority.

[        ]

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD Tractor 8245R SN: 109826

$60,012.08        $60,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

**2.22** **Creditor's name**
John Deere Financial

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        7382

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
   ❑ No. Specify each creditor, including this creditor, and its relative priority.

[        ]

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD Tractor 6140R SN: 016511

$24,147.42        $25,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _11_ of _20_

Debtor ___Grayson Hall Farms, LLC_____ Case number *(if known)*_____
         Name

| Part 1: | Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.23** **Creditor's name**
John Deere Finanical

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____8044_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kenzi AW840 Grain Cart & Kilbro Grain Cart

$5,389.38          $8,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.24** **Creditor's name**
John Deere Tractor

_____

**Creditor's mailing address**

Post Office Box 4450
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____7265_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD Disc 32ft 637 Flex Folding Disk Stock #288973

$2,393.43          $5,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor ___Grayson Hall Farms, LLC_____ Case number (if known)_____
          Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.25 Creditor's name**
Midland Equipment Finance

_____

**Creditor's mailing address**

Post Office Box 24245_____

Seattle, WA 98124_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____4326_____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  ┌──────────────────────────┐
  │                          │
  └──────────────────────────┘
  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1 Peterbuilt 579 Semi VIN: 635430 $20,000.00; 1 Peterbuilt 579 Semi (Wreck) $3,500.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Column A: $34,442.00     Column B: $23,500.00

---

**2.26 Creditor's name**
Nitrien Ag Solutions

_____

**Creditor's mailing address**

5296 Harvest Lake Dr._____

Loveland, CO 80538_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  ┌──────────────────────────┐
  │                          │
  └──────────────────────────┘
  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

UCC - $0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Column A: $850,644.61     Column B: $0.00

---

Debtor _____Grayson Hall Farms, LLC_____ Case number _(if known)_____
             Name

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**Part 1:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.27 Creditor's name**
Northland Capital Equipment Finance

_____

**Creditor's mailing address**

Post Office Box 7278_____

Saint Cloud, MN 56302_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____1923_____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Aulick 16 Belt Trailer SN: R1929

    $1,907.36_____    $40,000.00_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.28 Creditor's name**
The Bank of Edison

_____

**Creditor's mailing address**

Post Office Box 335_____

Edison, GA 39846_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____5-10_____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Property Owed by Another

    $ 323,059.50_____    $ 48,596.00_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Grayson Hall Farms, LLC _____    Case number _(if known)_____
          Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.29** **Creditor's name**
Truist

_____

**Creditor's mailing address**

Post Office Box 580048 _____
Charlotte, NC 28258 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ____1001_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Ford F350

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$57,513.01     $40,000.00

---

**2.30** **Creditor's name**
United National Bank

_____

**Creditor's mailing address**

Post Office box 150 _____
Cairo, GA 39828 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ____7134_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Volov Spreader Truck SN: 399870

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,266.00     $2,500.00

Debtor    Grayson Hall Farms, LLC
_____    Case number (*if known*)_____
Name

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **Part 1:** | Additional Page | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.31** **Creditor's name**
United National Bank

_____

**Creditor's mailing address**

Post Office Box 150 _____
Cairo, GA 39829 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    4065 _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [                              ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Property Owned by Another

$11,552.62    $48,596.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.32** **Creditor's name**
United National Bank

_____

**Creditor's mailing address**

Post Office Box 150 _____
Cairo, GA 39828 _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    5634 _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [                              ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

American Peanut Growers Group, LLC

$695,595.36    $565,920.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 16 of 20

Debtor ___Grayson Hall Farms, LLC_____ Case number *(if known)*_____
          Name

| Part 1: | Additional Page | | |
|---|---|---|---|

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.33 Creditor's name**
United National Bank

_____

**Creditor's mailing address**

Post Office Box 150
Cairo, GA 39828

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____4549_____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [                                    ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Property Owned by Another

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$123,638.01    $153,228.00

---

**2.34 Creditor's name**
United National Bank

_____

**Creditor's mailing address**

Post Office Box 150
Cairo, GA 39828

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____5726_____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [                                    ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2001 Reynolds C14E Dirt Pan SN: 32846

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,598.78    $10,000.00

---

Debtor ___Grayson Hall Farms, LLC_____ Case number *(if known)*_____
          Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.35** **Creditor's name**
United National Bank

_____

**Creditor's mailing address**

Post Office Box 150
Cairo, GA 39828

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___2906_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket Lien on Equipment - Watermelon Crop - $0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$147,319.60     $0.00

---

**2.36** **Creditor's name**
United National Bank

_____

**Creditor's mailing address**

Post Office Box 150
Cairo, GA 39828

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___5336_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JD 7760 Cotton Picker SN: 1N07760XCB0035389

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$142,670.14     $50,000.00

---

Debtor _____Grayson Hall Farms, LLC_____ Case number *(if known)*_____
            Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.37 Creditor's name**
United National Bank

**Creditor's mailing address**

Post Office Box 150

Cairo, GA 39828

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**     2795_____

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
　❑ No. Specify each creditor, including this creditor, and its relative priority.

❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Richiger 1090 Grain Bagger SN: A183 & Richiger 6910 Bag Unloader SN: A197

$14,221.35_____     $15,000.00_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

**2.__ Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**     _____

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
　❑ No. Specify each creditor, including this creditor, and its relative priority.

❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Debtor    Grayson Hall Farms, LLC
_____    Case number (*if known*)_____
          Name

<div style="background:black;color:white;padding:4px;display:inline-block">**Part 2:**</div>   List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| First National Bank Equipment Finance Credit<br>626 Washington Place, 13th Floor<br>Pittsburgh, PA, 15219 | Line 2. 5 | -001 |
| Michael Strickland, Esq.<br>Post Office Box 190<br>Moultrie, GA, 31776 | Line 2. 26 | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page 20 of 20

**Fill in this information to identify the case:**

Debtor        Grayson Hall Farms, LLC

United States Bankruptcy Court for the: Middle District of Georgia

Case number
(If known)

☐ Check if this is an
amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B**) **and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor ___Grayson Hall Farms, LLC_____   Case number _(if known)_____
    Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                             **Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
AAA Aviation, LLC
3104 Rufus Thompson Road
Donalsonville, GA 39845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 17,522.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Ag-Pro
Post Office Box 95
Boston, GA 31626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,295.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Bayer CropScience, LP
Post Office Box 204070
Dallas, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 156,294.27

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1138424

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Briggs Crop Services, Inc.
122 Turtle Pond Road
Bainbridge, GA 39819

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,565.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Carolina Seed Systems
2200 Pocket Road
Florence, SC 29506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Cloverleaf Gin, Inc.
Post Office Box 366
Donalsonville, GA 39845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,224.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page 2 of 8

Debtor   Grayson Hall Farms, LLC                                    Case number (if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Cooperative Finance Association
Post Office Box 842702
Kansas City, MO 64184

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 9342709001_____

$ 193,125.86

---

**3.8** **Nonpriority creditor's name and mailing address**

Dolomite
Post Office Box 1568
Marianna, FL 32447

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,854.58

---

**3.9** **Nonpriority creditor's name and mailing address**

DSI Fleet Services
Post Office Box 2017
Thomasville, GA 31799

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 8,126.57

---

**3.10** **Nonpriority creditor's name and mailing address**

Emmett Brock, CPA
Post Office Box 670
Cairo, GA 39828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,825.00

---

**3.11** **Nonpriority creditor's name and mailing address**

GreenPoint Ag
Post Office Box 443
Altha, FL 32421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 137671_____

$ 10,197.38

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 3 of 8

Debtor   Grayson Hall Farms, LLC
_____
Name                                            Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

John Deere Financial
Post Office Box 4450
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Multi-Use Account

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 12410-38860

$ 100,282.74

---

**3.13** **Nonpriority creditor's name and mailing address**

Monsanto
c/o D&S, Ltd.
One Huntington Quadrangle Ste. 4N15
Melville, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1138424 C19751-9

$ 162,194.23

---

**3.14** **Nonpriority creditor's name and mailing address**

Rabo AgriFinance
Post Office Box 410650
Saint Louis, MO 63141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 28,565.36

---

**3.15** **Nonpriority creditor's name and mailing address**

Rushing Oil Company
Post Office Box 1017
Donalsonville, GA 39845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 28,693.10

---

**3.16** **Nonpriority creditor's name and mailing address**

SunSouth
4100 Hartford Highway
Dothan, AL 36905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 870073076

$ 15,373.47

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 4 of 8

Debtor ___Grayson Hall Farms, LLC_____    Case number (*if known*)_____
Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

Triangle Chemical Company
Post Office Box 745783
Atlanta, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,992.43

Date or dates debt was incurred _____

Last 4 digits of account number    2854-000_____

---

**3.18** | **Nonpriority creditor's name and mailing address**

Trinity Capital - HNB
7533 South Federal Way
Boise, ID 83716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$51,638.35

Date or dates debt was incurred _____

Last 4 digits of account number    001-0868162-101

---

**3.19** | **Nonpriority creditor's name and mailing address**

Trinity Capital - HNB
7533 Federal Way
Boise, ID 83716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$57,513.01

Date or dates debt was incurred _____

Last 4 digits of account number    01-0868162-100

---

**3.20** | **Nonpriority creditor's name and mailing address**

United National Bank
Post Office Box 150
Cairo, GA 39828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,552.62

Date or dates debt was incurred _____

Last 4 digits of account number    34065_____

---

**3.21** | **Nonpriority creditor's name and mailing address**

United National Bank
722 N. Broad Street
Cairo, GA 39828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✔ No
☐ Yes

$21,598.78

Date or dates debt was incurred _____

Last 4 digits of account number    35726_____

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 5 of 8

Debtor  Grayson Hall Farms, LLC
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 22  Nonpriority creditor's name and mailing address**

United National Bank
Post Office Box 150
Cairo, GA 39828

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
❑ Yes

$10,266.00

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   37134_____

---

**3.___  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
— No
❑ Yes

$_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

---

**3.___  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
No
❑ Yes

$_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

---

**3.___  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

---

**3.___  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
No
❑ Yes

$_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

---

Debtor _Grayson Hall Farms, LLC_____    Case number _(if known)_____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|-----------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Sheila R. Schwager, Esq.<br>Attorney At Law<br>877 W. Main Street, Suite 200<br>Boise, ID, 83702 | Line 3.18<br><br>☐ Not listed. Explain: | _____ |
| 4.2. | Sheila Schwager, Esq.<br>Attorney At Law<br>877 W. Main Street, Suite 200<br>Boise, ID, 83702 | Line 3.19<br><br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br><br>☐ Not listed. Explain | _____ |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page _7_ of _8_

Debtor _____   Case number *(if known)*_____
       Grayson Hall Farms, LLC
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. |  | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 940,700.49 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | $ 940,700.49 |

**Fill in this information to identify the case:**

Debtor name ___Grayson Hall Farms, LLC___

United States Bankruptcy Court for the: ___Middle District of Georgia___

Case number (If known): _____    Chapter __12__

❑ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of Buck Hole Farm, Farm 2920: Tract 36233 8.5 Acres Lessor | Seldom Rest, Inc. 5964 Highway 91 South Donalsonville, GA, 39845 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of JB Gibson Farm, Farm 2920, Tract 36419, Farm 2920, Tract 36424, 794.32 Acres Lessor | Seldom Rest, Inc. 5964 Highway 91 South Donalsonville, GA, 39845 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name ___Grayson Hall Farms, LLC_____

United States Bankruptcy Court for the:___Middle District of Georgia_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Grayson C. Hall | | The Bank of Edison | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Grayson Hall | | United National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Grayson Hall | | United National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Grayson Hall | | United National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Grayson C. Hall | 2760 Herring Buckhole Road<br>Donalsonville, GA 39845 | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                        **Schedule H: Codebtors**                        page 1 of __1__

## United States Bankruptcy Court
Georgia - Middle

In re: Grayson Hall Farms, LLC

Case No.

Chapter   12

Debtor(s)

## BUSINESS INCOME AND EXPENSES

| | |
|---|---|
| **Gross Monthly Income** | $ 188,308.00 |
| **Business Expenses** | |
| Cost of goods sold | 52,352.00 |
| Advertising | |
| Car and truck expenses | 10,000.00 |
| Fees | |
| Depreciation | |
| Employee benefits | 12,500.00 |
| Insurance | 6,250.00 |
| Interest | 2,667.00 |
| Legal and professional | |
| Office expense | |
| Pension and profit sharing | |
| Rent | 40,000.00 |
| Other leases | |
| Repairs | 10,416.00 |
| Maintenance | |
| Supplies | 375.00 |
| Taxes and licenses | |
| Travel, meals, etc | 800.00 |
| Utilities | 5,000.00 |
| Other _____ | |
| _____ | |
| _____ | |
| **Total Expenses** | $ 140,360.00 |
| **Net Monthly Income** | $ 47,948.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Grayson Hall Farms, LLC_____

United States Bankruptcy Court for the: __Middle District of Georgia_____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/30/2026___       ✘ /s/ Grayson Hall_____
                MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                    Grayson Hall_____
                                    Printed name

                                    Managing Member_____
                                    Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name _____Grayson Hall Farms, LLC_____

United States Bankruptcy Court for the: Middle District of Georgia

Case number (If known): _____

❑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/30/2026 MM / DD / YYYY | to Filing date | ☑ Operating a business ❑ Other | $ 8,121.00 |
| **For prior year:** | From 01/01/2025 MM / DD / YYYY | to 12/31/2025 MM / DD / YYYY | ☑ Operating a business ❑ Other | $ 1,900,000.00 |
| **For the year before that:** | From 01/01/2024 MM / DD / YYYY | to 12/31/2024 MM / DD / YYYY | ☑ Operating a business ❑ Other | $ 3,441,978.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |

Debtor  Grayson Hall Farms, LLC
_____
Name

Case number *(if known)*_____

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____ Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Grayson Hall Insider's name | 01/23/2026<br>01/16/2026<br>01/09/2026 | $ 3,000.00 | Salary - $1,000.00 per week. |
| | **Relationship to debtor** Managing Member | | | |
| 4.2. | Al Hall Insider's name | 11/26/2025<br>11/17/2025<br>11/10/2025 | $ 3,000.00 | Salary - $1,000.00 per week during farming season. |
| | **Relationship to debtor** Father of Managing Member | | | |

---

Debtor    Grayson Hall Farms, LLC    Case number (if known)_____
_____
Name

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|---|
   | 5.1. | _____<br>Creditor's name | | _____ | $_____ |
   | 5.2. | _____<br>Creditor's name | | _____ | $_____ |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | _____<br>Creditor's name | | _____ | $_____ |

   Last 4 digits of account number: XXXX– _____

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

   | | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | Nutrien Ag Solutions, Inc. d/b/a Nutrien Financial vs. Grayson Hall Farms, LLC and Grayson Cole Hall | Complaint | In the Superior Court of Seminole County | ☑ Pending<br>☐ On appeal |
   | | **Case number**<br>CV25-0268<br>_____ | | GA | ☐ Concluded |
   | 7.2. | **Case title**<br>_____ | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
   | | **Case number**<br>_____ | | | |

Debtor _____Grayson Hall Farms, LLC_____    Case number (*if known*)_____
              Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____<br>Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____<br>Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor    Grayson Hall Farms, LLC
_____          Case number (*if known*)_____
          Name

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1.   _____            _____    $_____

**Address**

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2.   _____            _____    $_____

**Address**

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |

**Trustee**

_____

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **5**

Debtor     Grayson Hall Farms, LLC _____     Case number (*if known*)_____
           Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| Address | | | |
| Relationship to debtor _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| Address | | | |
| Relationship to debtor _____ | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

---

Debtor   Grayson Hall Farms, LLC_____      Case number (*if known*)_____
_____
Name

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ <br> Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Grayson Hall Farms, LLC
_____    Case number (*if known*)_____
Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>**Address** | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>**Address** | | | ☐ No<br>☐ Yes |

---

Debtor  Grayson Hall Farms, LLC
_____
Name

Case number (*if known*)_____

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br><br>**Case number**<br><br>_____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor      Grayson Hall Farms, LLC
_____        Case number (*if known*)_____
                Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____
Name | | EIN: _____

**Dates business existed**

From _____    To _____ |
| 25.2. | _____
Name | | EIN: _____

**Dates business existed**

From _____    To _____ |
| 25.3. | _____
Name | | EIN: _____

**Dates business existed**

From _____    To _____ |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **10**

Debtor      Grayson Hall Farms, LLC
_____        Case number (*if known*)_____
            Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **11**

Debtor   Grayson Hall Farms, LLC _____   Case number (*if known*)_____
        Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.   _____
        Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.   _____
        Name

| Name and address |
|---|

26d.2.   _____
        Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   _____
        Name

Debtor      Grayson Hall Farms, LLC
            _____      Case number (*if known*)_____
            Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.   _____
        Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Grayson C. Hall | , | Managing Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Al Hall | 6,500.00 | 06/23/2025 | Reimbursement for rent on Seed Tender. |
| Name | | | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| Father of Managing Member | | | |

Debtor     Grayson Hall Farms, LLC _____     Case number (*if known*)_____
           Name

**Name and address of recipient**

30.2  _____
      Name

**Relationship to debtor**
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/30/2026
              MM  /  DD  / YYYY

✖ /s/ Grayson Hall_____          Printed name  Grayson Hall_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Managing Member_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name   Grayson Hall Farms, LLC

Case number *(if known)*_____

### Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Grayson Hall | $12,500.00 | Retainer for Chapter 12 Case No. 25-11130. |
|---|---|---|

Official Form 207                    **Statement of Financial Affairs for Non-Individuals**

United States Bankruptcy Court

Middle District of Georgia

In re:   Grayson Hall Farms, LLC

Case No.

Chapter   12

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:      01/30/2026

/s/ Grayson Hall
_____
Signature of Individual signing on behalf of debtor

Managing Member
_____
Position or relationship to debtor

AAA Aviation, LLC
3104 Rufus Thompson Road
Donalsonville, GA 39845

Ag-Pro
Post Office Box 95
Boston, GA 31626

Ameris Bank
Post Office Box 278
Donalsonville, GA 39845

Bayer CropScience, LP
Post Office Box 204070
Dallas, TX 75320

Briggs Crop Services, Inc.
122 Turtle Pond Road
Bainbridge, GA 39819

Carolina Seed Systems
2200 Pocket Road
Florence, SC 29506

Cloverleaf Gin, Inc.
Post Office Box 366
Donalsonville, GA 39845

Cooperative Finance Association
Post Office Box 842702
Kansas City, MO 64184

DFS Finance
14010 FNB Parkway
Suite 400
Omaha, NE 68154

DFS Finance
Post Office Box 30238
Omaha, NE 68103

Dolomite
Post Office Box 1568
Marianna, FL 32447

DSI Fleet Services
Post Office Box 2017
Thomasville, GA 31799

Emmett Brock, CPA
Post Office Box 670
Cairo, GA 39828

First Citizens Bank & Trust
Post Office Box 26592 DAC20
Raleigh, NC 27611-6592

First National Bank Equipment Finance Credit
626 Washington Place, 13th Floor
Pittsburgh, PA 15219

FNB Equipment Finance
Post Office Box 6021
Hermitage, PA 16148

Ford Motor Credit
Post Office Box 650575
Dallas, TX 75265

Grayson C. Hall

Grayson C. Hall
2760 Herring Buckhole Road
Donalsonville, GA 39845

Grayson Hall

GreenPoint Ag
Post Office Box 443
Altha, FL 32421

John Deere Financal
Post Office Box 4450
Carol Stream, IL 60197

John Deere Financial
Post Office Box 4450
Carol Stream, IL 60197

John Deere Finanical
Post Office Box 4450
Carol Stream, IL 60197

John Deere Tractor
Post Office Box 4450
Carol Stream, IL 60197

Michael Strickland, Esq.
Post Office Box 190
Moultrie, GA 31776

Midland Equipment Finance
Post Office Box 24245
Seattle, WA 98124

Monsanto
c/o D&S, Ltd.
One Huntington Quadrangle Ste. 4N15
Melville, NY 11747

Nitrien Ag Solutions
5296 Harvest Lake Dr.
Loveland, CO 80538

Northland Capital Equipment Finance
Post Office Box 7278
Saint Cloud, MN 56302

Rabo AgriFinance
Post Office Box 410650
Saint Louis, MO 63141

Rushing Oil Company
Post Office Box 1017
Donalsonville, GA 39845

Seldom Rest, Inc.
5964 Highway 91 South
Donalsonville, GA 39845

Sheila R. Schwager, Esq.
Attorney At Law
877 W. Main Street, Suite 200
Boise, ID 83702

Sheila Schwager, Esq.
Attorney At Law
877 W. Main Street, Suite 200
Boise, ID 83702

SunSouth
4100 Hartford Highway
Dothan, AL 36905

The Bank of Edison
Post Office Box 335
Edison, GA 39846

Triangle Chemical Company
Post Office Box 745783
Atlanta, GA 30374

Trinity Capital - HNB
7533 South Federal Way
Boise, ID 83716

Trinity Capital - HNB
7533 Federal Way
Boise, ID 83716

Truist
Post Office Box 580048
Charlotte, NC 28258

United National Bank
Post Office Box 150
Cairo, GA 39828

United National Bank
Post Office box 150
Cairo, GA 39828

United National Bank
Post Office Box 150
Cairo, GA 39829

United National Bank
722 N. Broad Street
Cairo, GA 39828

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

<u>Middle</u> District Of <u>Georgia</u>

**In re** Grayson Hall Farms, LLC

Case No. _____

**Debtor**                                            Chapter <u>12</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>Hourly Rates</u>

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>Undetermined</u>

2. The source of the compensation paid to me was:

   [✔] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor          [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/25)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [List other services that counsel has agreed to provide]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Plus $350.00 per hour for additional related work or such other rate is allowed by the Court.

<div style="border:1px solid black;">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   01/30/2026              /s/ Jon Levis, 448848
_____    _____
*Date*                           *Signature of Attorney*

Levis Law Firm, LLC
_____
          *Name of law firm*
Post Office Box 129
Swainsboro, GA 30401

</div>