**SO ORDERED.**

**SIGNED this 24 day of March, 2026.**



_Robert M. Matson_

**Robert M. Matson**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ] | |
| | ] | |
| **GRAYSON HALL FARMS, LLC,** | ] | **CHAPTER 12** |
| | ] | **CASE NO: 26-10093-RMM** |
| **DEBTOR.** | ] | |

**ORDER ON MOTION TO ASSUME**
**LEASE AGREEMENT WITH TRINITY CAPITAL, LLC**

The Motion to Assume with Trinity Capital, LLC of the above-named Debtor having been considered it appearing to the Court that the Motion is necessary and beneficial to the estate.

1. On or about January 30, 2026, ("Petition Date"), the Debtor filed its Petition in this Court under Chapter 12 of the Bankruptcy Code.

2. The Debtor is authorized to operate as a Debtor in Possession pursuant to 11 U.S.C § 1203.

3. The Motion is a core proceeding pursuant to 28 U.S.C. Sec. 157(b) and the Court has jurisdiction pursuant to 28 U.S.C. Sec. 1334.

4. The Debtor has a Lease Agreement ("Agreement") to lease a 2024 Trinity Eagle Bridge VIN: 1T9SC4228RB656223 together with all attachments and accessories from Trinity Capital, LLC.

5. The Debtor wishes to assume the Agreement with Trinity Capital, LLC ("Trinity").

6. As of the Petition Date, the Debtor is current on the Agreement.

7. The material terms of the Lease to Own Agreement are:

   a. Lease to own Agreement: Lease of New 2024 Trinity Eagle Bridge Trailer VIN: 1T9SC4228RB656223 together with all attachments and accessories.

   b. Monthly Lease Payment: $1,644.51.

   c. Payment Date: First of each month.

   d. Term: 84 months.

8. Pursuant to 11 U.S.C.§ 365(b)(1)(A), a trustee may assume an unexpired lease when there is a default if the trustee "cures, or provides adequate assurance that the trustee will promptly cure…"

9. The Debtor, as Debtor-In-Possession, has the rights and powers of the trustee. *See* 11 U.S.C. §1203 (granting a debtor in possession all rights of the trustee other than compensation under 11 U.S.C. § 330, and the duties specified in 11 U.S.C. § 1106(a) (3) & (4)).

10. Assumption of the Agreement is in the best interest of the bankruptcy estate and will enable the Debtor to continue his business operation.

11. Assumption of the Agreement is in the best interest of the bankruptcy estate and will enable the Debtor to continue his business operation.

**IT IS THEREFORE ORDERED** that:

(a) The Debtor is authorized to assume the Lease Agreement with Trinity Capital, LLC; and

(b) The provisions of Bankruptcy Rule 6004(h) are waived.

**[END OF DOCUMENT]**

Prepared By:

 /s/Jon A. Levis
JON A. LEVIS
Attorney For Debtor
Georgia Bar No: 448848
Levis Law Firm, LLC
P.O. Box 129
Swainsboro, GA 30401
(478) 237-7029
Fax (478) 237-9211