**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

IN RE:                                             ]
                                                   ]
**GRAYSON HALL FARMS, LLC,**          ] CHAPTER 12
                                                   ] CASE NO:  26-10093-RMM
                            DEBTOR.       ]

**OBJECTION TO PROOF OF CLAIM OF THE HUNTINGTON NATIONAL
BANK CLAIM NO. 9**

**COMES NOW** the Debtor and objects to Claim No. 9 filed by The Huntington

National Bank in the amount of $66,631.01 and states as follows:

1. The Debtor filed a voluntary Chapter 12 Bankruptcy Petition on January 30,

   2026, ("Petition Date").

2. The Motion is a core proceeding pursuant to 28 U.S.C. Sec. 157(b)(1) & (2)(A) and

   the Court has jurisdiction pursuant to 28 U.S.C. Sec. 1334.

3. The Huntington National Bank ("Huntington") filed Claim No. 9 ("Claim 9"),

   a proof of claim in the total amount of $66,631.01 as of the Petition Date

   consisting of the following liabilities:

   a. Secured: $66,631.01;

   b. Priority: $0.00;

   c. General Unsecured: $0.00.

4. Claim 9 is a duplicative claim of Proof of Claim No. 6.

**WHEREFORE,** the Debtor objects to the proof of claim as filed by the creditor.

The Debtor respectfully requests that:

   a. Claim No. 9 in the amount of $66,631.01 filed by The Huntington National

      Bank shall be disallowed in its entirety; and

   b. Grant the Debtor any and all relief deemed just and proper.

**SO MOVED** this 30th day of April 2026.

**LEVIS LAW FIRM, LLC**

/s/Jon A. Levis

JON A. LEVIS
ATTORNEY FOR DEBTOR
GEORGIA BAR NO: 448848

LAW OFFICES:
LEVIS LAW FIRM, LLC
P.O. BOX 129
SWAINSBORO, GA   30401
(478) 237-7029

**EMANUEL COUNTY, GEORGIA**

### CERTIFICATE OF SERVICE

I, Jon A. Levis, of the firm of Levis Law Firm, LLC, Attorneys at Law, Post Office Box 129,

Swainsboro, Georgia 30401, do hereby certify that I have served a copy of the within and foregoing

**NOTICE, OBJECTION TO PROOF OF CLAIM OF THE HUNTINGTON NATIONAL BANK**

**CLAIM NO. 9 and ORDER** upon:

Walter W. Kelle
Chapter 12 Trustee
Post Office Box 70849
Albany, GA 31708

Office of the U.S. Trustee
440 Martin Luther King Blvd., Ste. 302
Macon, GA 31201-7910

James S. Livermon, III, Esq.
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601

by e-mail and/or mailing a copy through the United States mail with sufficient postage attached thereto to

assure delivery.

This the 30th day of April 2026.

**LEVIS LAW FIRM, LLC**

            /s/Jon A. Levis
Jon A. Levis
Attorney for Debtor
Georgia Bar No: 448848

LAW OFFICES:
LEVIS LAW FIRM, LLC
P.O. BOX 129
SWAINSBORO, GA  30401