**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:** | ] |
| | ] |
| **GRAYSON HALL FARMS, LLC,** | ] **CHAPTER 12** |
| | ] **CASE NO:  26-10093-RMM** |
| **DEBTOR.** | ] |

**OBJECTION TO PROOF OF CLAIM OF THIRTY3 CAPITAL, LLC CLAIM**
**NO. 6**

**COMES NOW** the Debtor and objects to Claim No. 6 filed by Thirty3 Capital, LLC in the amount of $64,328.65 and states as follows:

1.  The Debtor filed a voluntary Chapter 12 Bankruptcy Petition on January 30, 2026, ("Petition Date").

2.  The Motion is a core proceeding pursuant to 28 U.S.C. Sec. 157(b)(1) & (2)(A) and the Court has jurisdiction pursuant to 28 U.S.C. Sec. 1334.

3.  Thirty3 Capital, LLC ("Thirty3") filed Claim No. 6 ("Claim 6"), a proof of claim in the total amount of $64,328.65 as of the Petition Date consisting of the following liabilities:

    a.  Secured: $64,328.65;

    b.  Priority: $0.00;

    c.  General Unsecured: $0.00.

4.  Claim 6 is a duplicative claim of Proof of Claim No. 9.

**WHEREFORE,** the Debtor objects to the proof of claim as filed by the creditor. The Debtor respectfully requests that:

a.  Claim No. 6 in the amount of $64,328.65 filed by Thirity3 Capital, LLC shall be disallowed in its entirety; and

b.  Grant the Debtor any and all relief deemed just and proper.

**SO MOVED** this 30th day of April 2026.

**LEVIS LAW FIRM, LLC**


     /s/Jon A. Levis

JON A. LEVIS
ATTORNEY FOR DEBTOR
GEORGIA BAR NO: 448848

LAW OFFICES:
LEVIS LAW FIRM, LLC
P.O. BOX 129
SWAINSBORO, GA   30401
(478) 237-7029

**EMANUEL COUNTY, GEORGIA**

### CERTIFICATE OF SERVICE

I, Jon A. Levis, of the firm of Levis Law Firm, LLC, Attorneys at Law, Post Office Box 129, Swainsboro, Georgia 30401, do hereby certify that I have served a copy of the within and foregoing **NOTICE, OBJECTION TO PROOF OF CLAIM OF THIRTY3 CAPITAL, LLC CLAIM NO. 6 and ORDER** upon:

> Walter W. Kelle
> Chapter 12 Trustee
> Post Office Box 70849
> Albany, GA 31708
>
> Office of the U.S. Trustee
> 440 Martin Luther King Blvd., Ste. 302
> Macon, GA 31201-7910
>
> Sheila R. Schwager, Esq.
> Attorney for Thirty3 Capital, LLC
> Post Office Box 1617
> Boise, ID 83701-1617

by e-mail and/or mailing a copy through the United States mail with sufficient postage attached thereto to assure delivery.

This the 30th day of April 2026.

**LEVIS LAW FIRM, LLC**

              /s/Jon A. Levis
Jon A. Levis
Attorney for Debtor
Georgia Bar No: 448848

LAW OFFICES:
LEVIS LAW FIRM, LLC
P.O. BOX 129
SWAINSBORO, GA  30401