**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:** | ] |
| | ] |
| **GRAYSON HALL FARMS, LLC,** | ] **CHAPTER 12** |
| | ] **CASE NO:  26-10093-RMM** |
| **DEBTOR.** | ] |

**OBJECTION TO PROOF OF CLAIM OF THIRTY3 CAPITAL, LLC CLAIM
NO. 7**

**COMES NOW** the Debtor and objects to Claim No. 7 filed by Thirty3 Capital,

LLC in the amount of $106,152.11 and states as follows:

1. The Debtor filed a voluntary Chapter 12 Bankruptcy Petition on January 30,

    2026, ("Petition Date").

2. The Motion is a core proceeding pursuant to 28 U.S.C. Sec. 157(b)(1) & (2)(A) and

    the Court has jurisdiction pursuant to 28 U.S.C. Sec. 1334.

3. Thirty3 Capital, LLC ("Thirty3") filed Claim No. 7 ("Claim 7"), a proof of

    claim in the total amount of $106,152.11 as of the Petition Date consisting of

    the following liabilities:

    a. Secured: $106,152.11;

    b. Priority: $0.00;

    c. General Unsecured: $0.00.

4. Claim 7 is a duplicative claim of Proof of Claim No. 10.

**WHEREFORE,** the Debtor objects to the proof of claim as filed by the creditor.

The Debtor respectfully requests that:

a. Claim No. 7 in the amount of $106,152.11 filed by Thirity3 Capital, LLC

    shall be disallowed in its entirety; and

b. Grant the Debtor any and all relief deemed just and proper.

**SO MOVED** this 30th day of April 2026.

**LEVIS LAW FIRM, LLC**


  /s/Jon A. Levis  
JON A. LEVIS
ATTORNEY FOR DEBTOR
GEORGIA BAR NO: 448848


LAW OFFICES:
LEVIS LAW FIRM, LLC
P.O. BOX 129
SWAINSBORO, GA   30401
(478) 237-7029

**EMANUEL COUNTY, GEORGIA**

### CERTIFICATE OF SERVICE

I, Jon A. Levis, of the firm of Levis Law Firm, LLC, Attorneys at Law, Post Office Box 129, Swainsboro, Georgia 30401, do hereby certify that I have served a copy of the within and foregoing **NOTICE, OBJECTION TO PROOF OF CLAIM OF THIRTY3 CAPITAL, LLC CLAIM NO. 6 and ORDER** upon:

> Walter W. Kelle
> Chapter 12 Trustee
> Post Office Box 70849
> Albany, GA 31708
>
> Office of the U.S. Trustee
> 440 Martin Luther King Blvd., Ste. 302
> Macon, GA 31201-7910
>
> Sheila R. Schwager, Esq.
> Attorney for Thirty3 Capital, LLC
> Post Office Box 1617
> Boise, ID 83701-1617

by e-mail and/or mailing a copy through the United States mail with sufficient postage attached thereto to assure delivery.

This the 30th day of April 2026.

**LEVIS LAW FIRM, LLC**

        /s/Jon A. Levis
Jon A. Levis
Attorney for Debtor
Georgia Bar No: 448848

LAW OFFICES:
LEVIS LAW FIRM, LLC
P.O. BOX 129
SWAINSBORO, GA  30401